# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

ANTWAN LAMBERT,

    Plaintiff,

v().   Case Number: 7:15-cv-00345-VEH-HGD

SGT. JAMISON PARKER, et al.,

    Defendants.

## MEMORANDUM OF OPINION

The magistrate judge filed a report on June 28, 2016, recommending this action be dismissed without prejudice for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b)(1). Although Plaintiff was advised of his right to file specific written objections within fourteen calendar days, he has failed to respond to the report and recommendation.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby **ADOPTED** and the recommendation is **ACCEPTED**. Therefore, in accordance with 28 U.S.C. § 1915A(b)(1), this action is due to be dismissed without prejudice for failing to state a claim upon which relief can be granted. A Final Judgment will be entered contemporaneously herewith.

**DONE** this 1st day of August, 2016.

                                              **VIRGINIA EMERSON HOPKINS**
                                              United States District Judge